IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

_____
                                                    )
UNITED STATES OF AMERICA,          )
                                                    )
                    Plaintiff,                     )
                                                    )
            v.                                       )            Civil Action No.:   1:06 CV 463
                                                    )
FRANK R. BRANCATELLI,              )            JUDGE SOLOMON OLIVER, JR.
LINDA  BRANCATELLI, and           )
STATE OF OHIO DEPARTMENT      )
OF TAXATION,                            )
                                                    )
                    Defendants.                )
_____)

**STIPULATION AND CONSENT ORDER FOR JUDGMENT
AGAINST FRANK R. BRANCATELLI ONLY AND DISMISSAL OF REMAINING
CLAIMS WITHOUT PREJUDICE**

The undersigned parties, by their respective counsel, hereby stipulate and agree that  (1)

judgment should be entered against Frank R. Brancatelli on Count I (Reduce Assessments to

Judgment) of the United States' complaint against him, and (2) all remaining claims set forth in the

United States' complaint (i.e., Count II (Lien Foreclosure)) against Frank R. Brancatelli, Linda

Brancatelli and the State of Ohio Department of Taxation should be dismissed without prejudice.

Accordingly, it is–

ORDERED that:

1.      Defendant Frank R. Brancatelli is indebted to the United States for federal individual income taxes (Form 1040) for tax years 1994, 1996, 1997, 1998, 1999, 2000, 2001, 2002  and 2003, in the amount of $186,869.04, plus statutory interest and additions as allowed by law from June 11, 2007, at the rates provided under the Internal Revenue Code (26 U.S.C.), until the judgment is paid.

2.      Defendant Frank R. Brancatelli is further indebted to the United States for a 26 U.S.C. §6672 trust fund recovery penalty for all four quarters of 1992, the first, second and third quarters of 1993, the second and third quarters of 1994, and the third quarter of 1995, in the amount of $43,359.36, plus statutory interest and additions as allowed by law from June 11, 2007, at the rates provided under the Internal Revenue Code (26 U.S.C.), until the judgment is paid.

3.      All remaining claims set forth in the United States' complaint (i.e., Count II (Lien Foreclosure)) against Frank R. Brancatelli, Linda Brancatelli and the State of Ohio Department of Taxation are hereby dismissed without prejudice, each party to bear its own costs, including attorneys fees.

SO ORDERED:

                                        /s/SOLOMON OLIVER, JR.
                                        _____
                                        SOLOMON OLIVER, JR.
                                        United States District Judge

2

Approved:


For United States of America:                    For Frank and Linda Brancatelli:

*/s/ Michael W. Davis*                            /s/ *Frank R. Brancatelli*
Michael W. Davis                                 Frank R. Brancatelli
Trial Attorney, Tax Division                     P.O. Box 790
United States Department of Justice              Willoughby, OH 44096
Post Office Box 55                               Telephone: (440) 352-4665
Washington, D.C.  20044                          Facsimile: (440) 352-0981
Telephone: (202) 307-6010                        Email: BRANFR@msn.com
Facsimile: (202) 514-5238
Email: Michael.w.davis@usdoj.gov


For State of Ohio Department of Taxation:


*/s/ Lucas Ward*
Lucas Ward (0076654)
Assistant Attorney General
Collections Enforcement Section
150 E. Gay Street, 21st Fl.
Columbus, OH 43215-3130
Telephone: (614) 466-8671
Facsimile: (614) 752-9070
Email: lward@ag.state.oh.us